HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DANIEL MORRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:16-po-00682-MJS |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT INITIAL APPEARANCE; ORDER |
| vs. | |
| DANIEL MORRISON, | Date:  December 6, 2016 |
| Defendant. | Time: 1:00 p.m. |
| | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Daniel Morrison, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear telephonically. Mr. Morrison agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Morrison were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government has no objection to this request.

Mr. Morrison is charged with one count of camping outside designated areas in violation of 36 C.F.R. § 2.10(b)(10) and one count of possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Mr. Morrison will be entering not guilty pleas at his initial appearance. This is Mr. Morrison's first request for a waiver of appearance. Mr. Morrison currently resides in

New Jersey and earns a monthly income of approximately $1,000. It would be a serious hardship for Mr. Morrison to travel to Yosemite. Accordingly, Mr. Morrison respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via telephone.

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Date: November 23, 2016        */s/ Reed Grantham*
          REED GRANTHAM
          Assistant Federal Defender
          Attorney for Defendant
          DANIEL MORRISON

## **O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via telephone at the initial appearance hearing in Case No. 6:16-po-00682-MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:  November 28, 2016        /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE